UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24mj02786 Goodman

UNITED STATES OF AMERICA

v.

STEFAN ANDRES CORREA,

    Defendant.
_____/

FILED BY MP D.C.

Apr 19, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)?    No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?    No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   No

4. Did this matter involve the participation of or consultation now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   No

                                                              Respectfully submitted,

                                                              MARKENZY LAPOINTE
                                                              UNITED STATES ATTORNEY

                         BY:    */s/ Lauren A. Astigarraga*
                                  LAUREN A. ASTIGARRAGA
                                  Assistant United States Attorney
                                  Fla. Bar No. 119473
                                  99 Northeast 4th Street
                                  Miami, Florida 33132-2111
                                  Tel: (305) 961-9105
                                  Email: Lauren.Astigarraga@usdoj.gov

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>STEFAN ANDRES CORREA,<br><br>Defendant(s) | ) ) ) ) ) ) )  Case No. 24mj02786 Goodman |

### CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 16-18, 2024__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1591(a)(1) and (b)(1), 1594(a)<br>18 U.S.C. §§ 2423(b) and (e) | Attempted Sex Trafficking of a Minor;<br>Attempted Travel to Engage in Illicit Sex Conduct. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
Complainant's signature

Miranda Ballard, Special Agent HSI
Printed name and title

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FaceTime.

Date: 4/19/2024

_____
Judge's signature

City and state: Miami, Florida      Hon. Jonathan Goodman, United States Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Miranda Ballard, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent of Homeland Security Investigations ("HIS"), and I have been so employed since June of 2019. I am assigned to the Miami International Airport ("MIA") Passenger Response Group, and my duties include but are not limited to the investigation of crimes related to the smuggling and trafficking of contraband and illicit merchandise. As part of my official duties as a Special Agent, I have participated in a number of investigations involving violations related to child exploitation. During the course of those investigations, I have participated in the execution of federal search warrants and arrest warrants. I am an investigative or law enforcement officer of the United States, in that I am empowered by law to conduct investigations and to make arrests for felony offenses, including under the authority of Title 18, United States Code, Section 1591 and Title 18, United States Code, Section 2423.

2. This affidavit is submitted in support of a criminal complaint charging Stefan Andres Correa ("CORREA") with attempted sex trafficking of a minor, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1), and 1594(a); and attempted travel with intent to engage in illicit sexual conduct, in violation of Title 18, United States Code, Sections 2423(b) and (e).

3. The facts and information contained in this affidavit are based on my personal knowledge and observations, as well as information received in my official capacity from other individuals, including other law enforcement officers involved in this investigation. This affidavit does not include every fact known to me about this investigation, but rather includes only those facts sufficient to establish probable cause.

**FACTUAL BACKGROUND**

4.   On or about April 18, 2024, CORREA was scheduled as a passenger on Avianca flight number AV5, departing from Miami, Florida, to Bogota, Colombia. On this date, CORREA, a United States citizen and Miami-Dade County resident, arrived at Miami International Airport (MIA), checked into his flight, went through security and proceeded to his gate of departure. Once at the gate, CORREA scanned his flight ticket with the airline attendants and walked onto the jet bridge to board the aircraft. CORREA was traveling alone on this flight.

5.   On or about April 18, 2024, law enforcement encountered CORREA on the jet bridge while he was attempting to board his flight. HSI and Customs and Border Protection ("CBP") officers conducted an outbound border search of CORREA. At the time of the search, CORREA had approximately nine (9) cellphones on his person and/or contained within his carry-on backpack. HSI and CBP conducted a border search of each of the nine (9) devices.

6.   On one of the cell phones ("Phone 1"), which CORREA identified as his own, the photo gallery contained several videos, which depict CORREA having vaginal sex with a young girl who appears to be approximately 12-14 years old ("Video 1"). On another cell phone ("Phone 2"), which CORREA also identified as his own, the photo gallery contained several videos, which depict CORREA having vaginal sex with a young girl who appears to be approximately 9-11 years old ("Video 2"). CORREA's face is completely exposed in both Videos 1 and 2.

7.   In total, the searches of the devices revealed approximately fifty (50) videos with approximately ten (10) different young girls who appear to be between 9-15 years old.

### *CORREA's Chat with the Trafficker*[1]

8.  A search of Phone 1 also revealed a text message exchange between CORREA and another person, who appears to be a sex trafficker (the "Trafficker"). The chats begin on or about April 16, 2024, and continued through and including April 18, 2024. In the chat, CORREA asked the Trafficker about the ages of the young girls that the Trafficker had available for commercial sex. In each of these instances the Trafficker told CORREA that the girls they had available for commercial sex were between 11-12 years old. CORREA also conveyed his preference for small skinny girls.

9.  At one point, CORREA asked the Trafficker whether an 11-year-old girl ("Natalie") would be ready for the "whole thing," meaning if she was ready to be fully penetrated. The Trafficker then assured CORREA that she would be. CORREA also told the Trafficker that he would pay the Trafficker $300,000 Colombian pesos (the equivalent of approximately $75.00 U.S. dollars), and would also pay Natalie the same amount and would give her an iPhone. CORREA instructed the Trafficker that they would need to stay inside the bathroom during CORREA's encounter with the girl for "privacy" because the girl would likely cry out in pain. The relevant chat messages appear below:

| CORREA | You know my taste, very skinny |
| CORREA | How old and when is the birthday |
| Trafficker | Yes, obviously, she'll be 12 in July |
| CORREA | Ok, her and Manuela confirmed |
| Trafficker | Got it, at what time will you be in Medellin |
| CORREA | In the afternoon |
| Trafficker | Love, what if I take Natalie? How much for her? |
| CORREA | Natalie turns 11 or 12 in December? |
| Trafficker | She turns 12 |
| CORREA | Is she ready for the whole thing |

---

[1] CORREA's chats with the Trafficker are in Spanish and have been translated to English for the purposes of the Complaint.

3

| Trafficker | What you mean |
|---|---|
| CORREA | Is she going to allow me to go all the way, or is she going to cry and ask me to stop |
| Trafficker | Obviously, she will |
| CORREA | Ok so 300,000 for you and 300,000 for her and an iPhone 7 or 8 Plus. You need to be in the bathroom please so there can be privacy because she'll probably cry again because of the pain. Like that, she'll know there's no turning back. She'll have to allow me to enjoy myself and she can try to enjoy herself. If she behaves, and takes good care of me, you can keep bringing her and you'll each get 300k |

10. Later in the exchange CORREA asked the Trafficker whether another girl "Nati"[2] was "still a virgin." The Trafficker assured CORREA that Nati was still a virgin. CORREA then inquired whether Nati could find a friend from her neighborhood or from school "like her," who was about 10-11 years old that could come see him. CORREA again reconfirmed his payment and told the Trafficker that he would pay the Trafficker $300,000 Colombian pesos, and would also pay Nati and her friend the same amount and would have an iPhone 8 Plus and iPhone 7 Plus for each of them. CORREA had both kinds of devices in his possession at the time of his arrest.

11. At some point CORREA and the Trafficker began to discuss payment. The Trafficker told CORREA that a transaction sent to Bancolombia (a bank in Colombia) did not go through. The Trafficker asked CORREA if he could send a payment through NEQUI, a financial account company used in Colombia. CORREA then asked for the Trafficker's NEQUI phone number and the Trafficker indicated that he could use the phone number that they were communicating with in the chat. Moments later the Trafficker stated that the exchange was "successful."

---

[2] At this time, it is believed that Nati and Natalie may be two different minor girls, as different birthdates are provided for each of the girls in the chat.

4

12. At one point, the Trafficker seemingly communicated with Nati and expressed that the minor was hesitant to meet with CORREA to have sex and was concerned what he would be doing to her. CORREA told the Trafficker he intended to penetrate her completely and ejaculate inside of her. CORREA also urged the Trafficker not to interrupt, "no matter what happens." The following conversation ensued:

| | |
|---|---|
| Trafficker | Love, Nati tells me yes then no, it's making me mad- |
| CORREA | Why is that? Tell her I might get her an iPhone XS and 300k every time. Tell her to get it together |
| Trafficker | Ok, so I'll take the other one tomorrow |
| CORREA | Honestly, that was my 3rd option. Manu, Nati for Thursday and Friday |
| CORREA | If Nati finds me a friend that's 11 or 10 years old, that's skinny, white, small, I'll give her an iPhone Plus7 and her friend an iPhone8 for being more daring |
| Trafficker | Nati says yes, but are you going to penetrate her all the way? |
| CORREA | To be honest, I will penetrate completely, and I'll finish inside her. I don't want her to say "no" or "that's as far as you can go." She needs to understand that she needs me to enjoy myself without turning back. Even if she's a virgin and it hurts, we're going to do it in different positions. I don't want to be rushed, I want to enjoy it and be able to repeat it, do you understand? She's not the first virgin that has cried to me. The other girls open up, kissed me and took it for up to half an hour. I need her to understand, if she cries, I'm going to keep going. Please don't interrupt, no matter what happens, ok? If all goes well, it can be an iPhone XS. Let me know what you think? We can kiss so she can understand how nice it'll be |
| CORREA | And maybe, it'll be an XS Max, but seriously she needs to understand the beauty of loving and joy. |
| CORREA | ***Sends pictures of an iPhone*** |

13. During portions of the chat, CORREA made several references to meeting with the Trafficker on other occasions. At the end of the conversation, CORREA told the Trafficker that he would see her around the same time as the "last time."

*Post-Miranda Statement*

14. CORREA waived *Miranda* and gave a statement to law enforcement. This interview was conducted in English. During the interview, CORREA stated that the content in Phone 1 was personal and that he did not give or share the device with anyone else.

5

15. Law enforcement showed CORREA Video 1 and asked him about the age of the girl featured in the video. CORREA stated that the girl was 15 years old, but indicated that he had met her when she was 14 years old. Law enforcement showed CORREA Video 2 and asked him about the age of the girl featured in the video. CORREA stated that she initially told him that she was 12 years old but later admitted that she was actually 14. CORREA told law enforcement that he flew down to Colombia to have sex with minors on numerous occasions.

16. When asked about the reason for his trip, CORREA stated that he was traveling down to Colombia to have sex with a 16 year old girl.

17. Since 2022, CORREA has traveled to Colombia approximately forty-five (45) times.

18. CORREA told law enforcement that he was currently employed as a pharmacist.

## CONCLUSION

19. Based on the foregoing, I respectfully submit that there is probable cause to support a criminal complaint charging CORREA with attempted sex trafficking of a minor, in violation of Title 18, United States Code, Section Sections 1591(a)(1) and (b)(1), and 1594(a); and attempted travel with intent to engage in illicit sexual conduct, in violation of Title 18, United States Code, Sections 2423(b) and (e).

**FURTHER AFFIANT SAYETH NAUGHT.**

MIRANDA BALLARD
SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time this __19th__ day of April 2024.

HONORABLE JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE